# UNITED STATES DISTRICT COURT
for the

Helena Division District of Montana

| | |
|---|---|
| **BNSF RAILWAY COMPANY** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   CV-09-72-H-RKS |
| **MATT O'DEA** ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by Judge   R. KEITH STRONG   on a motion for   DISMISSAL, granting Defendant's Motion for Dismissal.
_____ .

Date:   May 3, 2010              *CLERK OF COURT*

                                 /s/ Darlene E. DeMato
                                 _____
                                 *Signature of Clerk or Deputy Clerk*